ROBERT J. CALDWELL (7637)
**FOX ROTHSCHILD LLP**
1980 Festival Plaza Drive, #700
Las Vegas, Nevada 89135
(702) 262-6899 tel
(702) 597-5503 fax
rcaldwell@foxrothschild.com
*Attorneys for Defendant Oportun Inc.*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| SHARON YAUGER; JOHN YAUGER,<br><br>Plaintiffs,<br>v.<br><br>CORELOGIC; OPORTUN INC.; ELEVATE DECISION SCIENCES, LLC,<br><br>Defendants. | Case No.  2:20-cv-01384-KJD-EJY<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO PLAINTIFFS' COMPLAINT**<br><br>**[FIRST REQUEST]** |

Plaintiffs Sharon Yauger and John Yauger ("Plaintiffs") and Defendant Oportun Inc. ("Oportun"), by and through their respective undersigned counsel of record, stipulate and request that the Court enter an Order extending the deadline for Oportun to respond to Plaintiffs' Complaint [Dkt No. 1] filed on July 25, 2020, by 14 days from September 1, 2020, up to and including September 15, 2020. This request is not intended to cause delay or prejudice any party.

IT IS SO STIPULATED.

DATED this 26th day of August, 2020

**FOX ROTHSCHILD LLP**

*/s/ Robert J. Caldwell*
ROBERT J. CALDWELL (7637)
1980 Festival Plaza Drive, #700
Las Vegas, Nevada 89135
(702) 262-6899 tel
(702) 597-5503 fax
rcaldwell@foxrothschild.com
*Attorneys for Defendant Oportun Inc.*

DATED this 26th day of August, 2020

**KNEPPER & CLARK LLC**

*/s/ Shaina R. Plaksin*
MATTHEW I. KNEPPER (12796)
SHAINA R. PLAKSIN (13935)
5510 S. Fort Apache Rd., Ste. 30
Las Vegas, Nevada 89148-7700
(702) 856-7430 tel
(702) 447-8048 fax
matthew.knepper@knepperclark.com
shaina.plaksin@knepperclark.com

|   |   |
|---|---|
| 1 |  |
| 2 | **FREEDOM LAW FIRM**<br>GEORGE HAINES (9411)<br>8985 S. Eastern Ave., Ste. 350<br>Las Vegas, Nevada 89123<br>(702) 880-5554 ext. 222 tel<br>(702) 967-6666 (fax)<br>georgehaines@hainesandkrieger<br>*Attorneys for Plaintiffs* |

**IT IS SO ORDERED**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED: August 27, 2020**

2

113643188